AO 91 (Rev.5/85) - Criminal Complaint

E-FILING

# United States District Court

## FILED

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

2006 DEC 27 A 10: 57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES OF AMERICA

V.

CASTILLO-Esquivel, Reynaldo
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

## 06    70836    HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On a date unknown but no later than, __December 5, 2006__ , in __Santa Clara County__ in the _____ Northern _____ District of _____ California _____ defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____
I further state that I am a(n) _____ Deportation Officer _____ and that this complaint is based on the following
                                      Official Title

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES:  $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail:  Issue no bail warrant// government will request detention.

APPROVED AS TO FORM: _____
                                      ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__12/27/06__                          at          San Jose, California
        Date                                                      City and State

HOWARD R. LLOYD
United States Magistrate Judge                    _____
    Name & Title of Judicial Officer                          Signature of Judicial Officer

RE: CASTILLO-Esquivel, Reynaldo A91 517 110

I am a Deportation Officer of the United States, Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)    Mr. CASTILLO-Esquivel is a 40-year-old male who has used twelve (12) aliases and two (2) dates of birth in the past:

(2)    Mr. CASTILLO-Esquivel has been assigned one (1) Alien Registration number of A91 517 110, FBI number of 883888XA9, California Criminal Information Index number of A11022033, and a San Clara County Department of Corrections Personal File Number (PFN) of CPA043.

(3)    Mr. CASTILLO-Esquivel is a native of Mexico and a citizen of Mexico since birth. A check through Service records shows that he was arrested and deported on five (5) occasions from the United States.

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| June 3, 1999 | Otay Mesa, CA |
| November 14, 2000 | Calexico, CA |
| April 7, 2003 | Calexico, CA |
| March 29, 2004 | San Ysidro, CA |
| January 24, 2006 | San Ysidro, CA |

(4)    Mr. CASTILLO-Esquivel last entered the United States at or near San Ysidro, CA on or after January 24, 2006, by crossing the international border without inspection subsequent to deportation.

(5)    Mr. CASTILLO-Esquivel on a date unknown but no later than December 5, 2006, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after a prior arrest and deportation, without the permission of the Attorney General or the Director of Homeland Security, in violation of Title 8, United States Code, Section 1326. On December 13, 2006, Mr. CASTILLO-Esquivel was interviewed by Immigration Enforcement Agent (IEA) Erin Diep at Santa Clara Co Jail Elmwood, Milpitas, California. During that interview, Mr. CASTILLO-Esquivel was advised of his **Miranda** rights in English. Mr. CASTILLO-Esquivel waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Director of Homeland Security to re-enter the United States.

RE: CASTILLO-Esquivel, Reynaldo A91 517 110

(6)    Mr. CASTILLO-Esquivel was on August 4, 1993, convicted in the Superior Court of California, in and for the County of San Mateo, for the offense of DRIVING WHILE UNDER THE INFLUENCE WITH PRIOR SPECIFIC CONVICTIONS, a Felony, in violation of Section 23175 of the California Vehicle Code, and was sentenced to one (1) year in jail.

(7)    Mr. CASTILLO-Esquivel was on November 23, 1994, convicted in the Superior Court of California, in and for the County of San Mateo, for the offense of DRIVING WHILE UNDER THE INFLUENCE WITH PRIORS, a Felony, in violation of Section 23152(a)/23175 of the California Vehicle Code, and was sentenced to two (2) years in prison.

(8)    Mr. CASTILLO-Esquivel was on June 23, 1998, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DRIVING WHILE UNDER THE INFLUENCE WITH PRIORS, a Felony, in violation of Section 23175.5(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(9)    Mr. CASTILLO-Esquivel was on November 24, 1999, convicted in the Superior Court of California, in and for the County of San Mateo, for the offense of ILLEGAL POSSESSION OF FIREARM BY A FELON, a Felony, in violation of Section 12021.1(A) of the California Penal Code, and was sentenced to sixteen (16) months in prison.

(10)    Mr. CASTILLO-Esquivel was on September 26, 2001, convicted in the Superior Court of California, in and for the County of San Mateo, for the offense of DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL/0.08 PERCENT, a Felony, in violation of Section 23152(B/23550) of the California Vehicle Code, and was sentenced to three (3) years in prison.

(11)    Mr. CASTILLO-Esquivel was on August 17, 2004, convicted in the Superior Court of California, in and for the County of San Mateo, for the offense of DRIVING WHILE UNDER THE INFLUENCE WITH 0.08% ALCOHOL WITH PRIORS, a Felony, in violation of Section 23152(B) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(12)    On the basis of the above information, there is probable cause to believe that Mr. CASTILLO-Esquivel illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

RE: CASTILLO-Esquivel, Reynaldo A91 517 110

/

/

/

/

/

/

/

/

/

/

/

_____

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this _27_ day of _____Dec._____, 2006

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE