SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED

2007 AUG -7 P 3: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07 00516 JF |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 - |
| ) | Illegal Re-entry Following Deportation |
| v. ) | |
| REYNALDO CASTILLO-ESQUIVEL, ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |



## INFORMATION

The United States Attorney charges:

On or about December 5, 2006, the defendant

REYNALDO CASTILLO-ESQUIVEL,

an alien, previously having been arrested and deported from the United States on or about
June 3, 1999, November 14, 2000, April 7, 2003, March 29, 2004 and January 24, 2006,
was found in the Northern District of California, the Attorney General of the United
States and the Secretary for Homeland Security not having expressly consented to a
reapplication by the defendant for admission into the United States, in violation of Title 8,

//

INFORMATION

1    United States Code, § 1326.

2

3   DATED:   8/3/07

4                 SCOTT N. SCHOOLS
                 United States Attorney

5

6

7                 DAVID R. CALLAWAY
                Deputy Chief, San Jose Branch

8

9   Approved as to form:
                SAUSA Benjamin Kennedy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                      2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─ OFFENSE CHARGED ─

Title 8, U.S.C. § 1326 – Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

─ DEFENDANT - U.S.

REYNALDO CASTILLO-ESQUIVEL

DISTRICT COURT NUMBER

CR 07 00516 JF

─ PROCEEDING ─

Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
BENJAMIN KENNEDY

─ DEFENDANT ─

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: