AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

V.

Reynaldo Castillo-Esquivel

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00516 JF RS

I, _Reynaldo Castillo Esquivel_ , the above named defendant, who is accused of

8 USC 1326(a)

**FILED**

AUG – 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 6/9/07 _____ prosecution by indictment and consent that the pro-
                  Date

ceeding may be by information rather than by indictment.

✗ R. Castillo E.
_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer