UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, September 5, 2007
**Case Number:** CR-07-00516-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

TITLE:   **UNITED STATES OF AMERICA V. REYNALDO CASTILLO-ESQUIVEL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Reynaldo Castillo-Esquivel |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Jay Rorty |

---

PROCEEDINGS:

   Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 9/12/07 at 9:00 a.m. for further status review.