UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, September 12, 2007
**Case Number:** CR-07-00516-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

TITLE:   UNITED STATES OF AMERICA V. REYNALDO CASTILLO-ESQUIVEL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Reynaldo Castillo-Esquivel |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Jay Rorty |

PROCEEDINGS:

Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 21 months prison; 3 years supervised release; and $100.00 special assessment.